UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. '07 MJ 2926 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Miguel FIMBRES-Perez, | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| | ) | Title 18, U. S. C., Section. 111 |
| | ) | Assault on a Federal Officer |

The undersigned complainant, being duly sworn, states:

On or about **December 15, 2007** within the Southern District of California, defendant, **Miguel FIMBRES-Perez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

That on or about **December 15, 2007**, within the Southern District of California, defendant **Miguel FIMBRES-Perez** did forcibly assault, resist, oppose, impede and interfere with Agents Luis Ramos, Eric Vito and Leslie Pino, agents of the United States Border Patrol, while said Agents Luis Ramos, Eric Vito and Leslie Pino were engaged in or on account of the performance of their official duties; in violation of Title 18, United States Code, Sections 111 and 1114.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **DECEMBER 2007**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Miguel FIMBRES-Perez

## PROBABLE CAUSE STATEMENT

On December 15, 2007, Border Patrol Agents L. Ramos and E. Vito were assigned to an area known as Whiskey 15 position at the Imperial Beach area of operations. Border Patrol Agent L. Pino was assigned to the plainclothes Rapid Engagement Support Enforcement Team (RESET) and was also working in the Whiskey 15 area. The Whiskey 15 area and Border Field State Park is approximately five miles west of the San Ysidro Port of Entry and adjacent to the United States/ Mexico International border. The western border of the Whiskey 15 area and Border Field State Park is the Pacific Ocean.

At approximately 5:30 PM Agent Ramos observed two individuals enter into the United States without inspection. The two individuals walked a few yards into the United States and then returned to Mexico. The two individuals repeated their actions twice before illegally entering a third time and continuing northbound along the shoreline. Agent Ramos observed that one of the individuals was wearing a yellow striped jacket. Agent Ramos relayed this information via agency radio to Agent Vito and continued to observe the two individuals walking up the beach.

Agent Vito then responded to the two individuals on foot and encountered them directly west of the Border Field State Park lower parking lot. The parking lot is approximately 150 yards north of the United States/ Mexico International Boundary. Agent Pino also responded and assisted Agent Vito. The two individuals claimed to be "Messing around with the Border Patrol" and didn't mean any harm. Both individuals stated that they were United States citizens born in San Diego, California and wanted to return to Mexico. Both individuals spoke fluently in the English language.

Both individuals were escorted to the Border Field State Park lower parking lot in order to perform record checks. The agents and both individuals were met at the lower parking lot by Agent Ramos. Agent Ramos began to interview one of the two individuals. Agent Vito began to interview the other individual, later identified as the defendant **Miguel FIMBRES-Perez**. The defendant produced a Mexican security guard identification card and stated a date of birth. Agents began to run records checks on defendant **Miguel FIMBRES-Perez.**

While being interviewed by Agent Ramos, defendant **Miguel FIMBRES-Perez** began to walk south towards Mexico. Agent Ramos ordered the defendant to stop walking south and return to the park's lower parking lot. The defendant refused to comply with Agent Ramos' order and stated that he was going to talk to his wife who was in Mexico. Agent Ramos then physically attempted to prevent the defendant from returning to Mexico by wrestling the defendant to the ground. The defendant being a much bigger individual was able to escape Agent Ramos' grasp by getting to his feet, slipping out of his jacket, and running south towards Mexico. Agent Ramos relayed to Agent Pino information concerning the fleeing individual.

Park Ranger J. Irwin of the State of California Department of Parks and Recreation was also present at Border Field State Park and observed Agent Ramos' attempts to restrain the defendant and observed the defendant run southbound towards Mexico. Ranger Irwin pursued the defendant in his department issued truck and managed to park in front of the defendant about twenty feet north of the United States/ Mexico International boundary.

Agent Pino intercepted the defendant as he ran around the back of Ranger Irwin's truck. The defendant then stayed in a fighting stance. Agent Pino attempted to apprehend the defendant; the defendant head butted Agent Pino in the chest and started to drag Agent Pino towards the United States/ Mexico border.

Ranger Irwin exited his truck and assisted Agent Pino. Defendant **Miguel FIMBRES-Perez** continued to struggle and would not comply with commands to stop resisting. Agent Pino used his oleoresin capsicum spray on Miguel FIMBRES-Perez, but the spray did not have any immediate effect on the defendant. The defendant continued to crawl and slowly inched his way closer to the United States/ Mexico International boundary.

Agent Ramos arrived on foot to assist in the arrest of the defendant but the defendant continued to struggle with both agents and the park ranger. At that point a female later illegally entered the United States by running across the United States/ Mexico International boundary. The female started to yell "Leave him alone. Let him go back to Mexico. He's my husband." The female also started to pull both agents and the park ranger from the defendant. At the same time, approximately a dozen other individuals from Mexico also arrived. The onlookers began to scream at the agents attempting to arrest the defendant. When the defendant grabbed the metal pillars that are the United States/ Mexico International boundary, the onlookers grabbed his arms and tried to pull him back into Mexico. A short tug of war ensued between the two agents, park ranger and the onlookers before the defendant was pulled into Mexico.

When the agents returned to the Border Patrol station, they were advised that the records check that they had requested on defendant Miguel FIMBRES-Perez had returned positive. Photographs of the defendant that were associated with his prior records were printed out. Both agents positively identified the person in the photographs as defendant Miguel FIMBRES-Perez, the person who had fought with them and had escaped into Mexico. Official immigration records of the Department of Homeland Security revealed Miguel FIMBRES-Perez was previously deported to Mexico on March 27, 2003 through El Paso, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

_____
SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **DECEMBER 2007**

_____
William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE